Name and address:

Kate T. Spelman (SBN 269109)
Jenner & Block LLP
633 West 5th Street, Ste. 3600
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Elena Coleman, | | CASE NUMBER |
| | Plaintiff(s), | 2:20-cv-8100-FMO |
| v. | | |
| Mondelez International, Inc., | | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| | Defendant(s), | |

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Panos, Dean N.
_____

*Applicant's Name (Last Name, First Name & Middle Initial)*    *check here if federal government attorney* ☐

Jenner & Block LLP
_____

*Firm/Agency Name*

| 353 North Clark Street | (312) 222-9350 | (312) 527-0484 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Chicago, IL 60654 | dpanos@jenner.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Mondelez International, Inc. | ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* |
|---|---|
| | ☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Section IV | See Section IV | See Section IV |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| 2:19-cv-10658-DSF-SK | Noohi v. Kraft Heinz Co. | 07/15/2020 | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated    10/26/20

Dean N. Panos
*Applicant's Name (please type or print)*

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Spelman, Kate T.

*Designee's Name (Last Name, First Name & Middle Initial)*

Jenner & Block LLP

*Firm/Agency Name*

633 West 5th Street, Suite 3600

(213) 239-5100          (213) 239-5199

*Telephone Number*          *Fax Number*

*Street Address*

kspelman@jenner.com

Los Angeles, CA 90071

*Email Address*

*City, State, Zip Code*

269109

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated    10/26/2020

Kate T. Spelman

*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

I, Dean N. Panos, am admitted to practice in the following courts:

State Bar of Illinois - 1990
State Bar of Indiana (inactive member in good standing) - 1990
Supreme Court of the United States - 2006
United States Court of Appeals for the Second Circuit - 2017
United States Court of Appeals for the Sixth Circuit - 2004
United States Court of Appeals for the Seventh Circuit - 1993
United States Court of Appeals for the Ninth Circuit - 2009
United States District Court, Northern District of Illinois - 1990

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Dean Nicholas Panos

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/1990 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of October, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# INDIANA
# SUPREME COURT

Office of Judicial Administration

200 W Washington St | Rm 216
Indianapolis, Indiana 46204

COURTS.IN.GOV

October 22, 2020

Dean N. Panos
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654

To whom it may concern:

Under Indiana law, an Indiana attorney may elect to assume "inactive good standing" status by filing an affidavit stating that he is currently in active good standing and that he neither holds judicial office nor is engaged in the practice of law in Indiana. Inactive status allows the attorney to remain on Indiana's "Roll of Attorneys," subject to reactivation at a later date, provided he has: (1) paid one half of his annual attorney registration fee in a timely manner, (2) has complied to that point with the Supreme Court's continuing legal education requirements; and (3) is not then subject to disciplinary action affecting the attorney's good standing.

**Dean Nicholas Panos** has asked us to certify that he is in inactive good standing status in Indiana. Our records show **Dean Nicholas Panos** elected inactive good standing status on **September 27, 2017** and remains in inactive good standing status as of this date. We can report that **Dean Nicholas Panos** was admitted to the Indiana bar on **June 15, 1990.**

We can also report that our records indicate he has never been subject to any formal disciplinary proceeding initiated by the Indiana Supreme Court Disciplinary Commission.

Please call if you have any questions.

Sincerely,

Gregory R. Pachmayr
Clerk of the Indiana Supreme Court

GRP/dl

GREGORY R. PACHMAYR, CLERK OF THE INDIANA APPELLATE COURTS

Clerk of the Appellate Courts | clerk@courts.IN.gov | 317.232.1930