Kate T. Spelman
Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Elena Coleman,

Plaintiff(s)

v.

Mondelēz International, Inc.

Defendant(s).

**CASE NUMBER**

2:20-cv-8100-FMO

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Panos, Dean N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 222-9350
*Telephone Number*

(312) 527-0484
*Fax Number*

dpanos@jenner.com
*E-Mail Address*

of

Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Mondelēz International, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Spelman, Kate T.
*Designee's Name (Last Name, First Name & Middle Initial)*

269109
*Designee's Cal. Bar No.*

213-239-5100
*Telephone Number*

213-239-5199
*Fax Number*

kspelman@jenner.com
*E-Mail Address*

of

Jenner & Block LLP
633 West 5th Street, Ste. 3600
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** _____

**U.S. District Judge/U.S. Magistrate Judge**