NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Kate T. Spelman (SBN 269109)
Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
(213) 239-5100

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elena Coleman,<br><br>            Plaintiff(s),<br>v.<br>Mondelez International, Inc.,<br><br>            Defendant(s) | CASE NUMBER:<br>2:20-cv-8100-FMO-AFM<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Mondelez Global LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Mondelez Global LLC (incorrectly sued as Mondelez International, Inc.) | Mondelez Global LLC, the entity responsible for the manufacturing and distribution of Swedish Fish in the United States and the proper Defendant to this action, is a wholly-owned subsidiary of Defendant Mondelez International, Inc. |

11/3/2020
Date

/s/ Kate T. Spelman
Signature

Attorney of record for (or name of party appearing in pro per):

Mondelez Global LLC