**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
kspelman@jenner.com
Alexander M. Smith (SBN 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 222-3950
Telephone: (312) 527-0484

Attorneys for Defendant
Mondelēz International, Inc.

(additional counsel on signature page . . .)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA COLEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONDELĒZ INTERNATIONAL, INC.,<br><br>Defendant. | Case No: 2:20-cv-8100-FMO<br><br>The Honorable Fernando M. Olguin<br><br>**STATUS REPORT RE: SETTLEMENT** |

# STATUS REPORT RE: SETTLEMENT

Plaintiff Elena Coleman and Defendant Mondelēz Global LLC (incorrectly sued as Mondelēz International, Inc.) jointly report that they attended a mediation with the Honorable Charles W. McCoy (Ret.) of JAMS on September 30, 2021. The parties are continuing to discuss settlement and exchanged settlement proposals through Judge McCoy last week, and they anticipate that they will respond to each other's settlement proposals shortly.

DATED: Nov. 9, 2021            CLARKSON LAW FIRM, P.C.

                               By: _____/s/   Ryan J. Clarkson_____
                                          Ryan J. Clarkson

                               Attorneys for Plaintiff Elena Coleman

DATED: Nov. 9, 2021            JENNER & BLOCK LLP

                               By: _____/s/   Dean N. Panos_____
                                          Dean N. Panos

                               Attorneys for Defendant
                               Mondelēz Global LLC (incorrectly named as
                               Mondelēz International, Inc.)

# ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Dean N. Panos, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:   Nov. 9, 2021          JENNER & BLOCK LLP

By:   /s/   Dean N. Panos
          Dean N. Panos

Attorneys for Defendant
Mondelēz Global LLC (incorrectly named as Mondelēz International, Inc.)