**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Zachary T. Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, California 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA COLEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONDELEZ INTERNATIONAL INC., a Virginia Corporation<br><br>Defendant. | Case No. 2:20-cv-08100-FMO-AFM<br><br>**CLASS ACTION**<br><br>*Assigned to:* Fernando M. Olguin<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO JOINT STIPULATION OF ALL PARTIES PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: September 3, 2020<br>FAC Filed: December 21, 2020 |

NOTICE IS HEREBY GIVEN and IT IS HEREBY STIPULATED, by and among Plaintiff Elena Coleman ("Plaintiff") and Mondelēz Global LLC ("Defendant"), through their respective counsel of record, that the above-captioned action, including all claims asserted by Plaintiff against Defendant, be and hereby is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Dated: June 30, 2022          By: /s/ Zachary T. Chrzan

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Zachary T. Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

Dated: June 30, 2022          By: /s/ Alexander M. Smith

**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
kspelman@jenner.com
Alexander M. Smith (SBN 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (pro hac vice)
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendant Mondelez Global LLC (incorrectly sued as Mondelez International, Inc.)*

# ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 30, 2022                                **CLARKSON LAW FIRM, P.C.**

/s/ Zachary T. Chrzan
Zachary T. Chrzan, Esq.

*Attorneys for Plaintiff*