UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-8100 FMO (AFMx) | Date | July 6, 2022 |
|---|---|---|---|
| Title | Elena Coleman v. Mondelez International Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**        **(In Chambers) Order Re: Notice of Voluntary Dismissal**

Having reviewed the parties' Notice of Notice of Voluntary Dismissal (Dkt. 53), which states that the action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), IT IS ORDERED THAT, no later than **July 11, 2022**, plaintiff shall file a Notice Re: Status of Class Allegations ("Notice").

The Notice shall set forth the status of the class allegations, and whether they are being dismissed without prejudice. See, e.g., Fed. R. Civ. P. 23(e) ("The claims, issues, or defenses of a certified class--or a class proposed to be certified for purposes of settlement – may be settled, voluntarily dismissed, or compromised only with the court's approval."); Lewis v. Vision Value LLC, 2012 WL 2930867, *3 (E.D. Cal. 2012) (When a class has not been certified, courts "may consider whether to require . . . giving appropriate notice to some or all class members," and should consider "whether the proposed settlement and dismissal are tainted by collusion or will prejudice absent putative members with a reasonable reliance expectation of the maintenance of their action for the protection of their interests.") (cleaned up).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | gga | |