JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA COLEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONDELEZ INTERNATIONAL, INC.,<br><br>Defendant. | Case No. CV 20-8100 FMO (AFMx)<br><br>**ORDER DISMISSING ACTION** |

Having reviewed the parties' Notice of Notice of Voluntary Dismissal (Dkt. 53), which states that the action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), (Dkt. 53, Notice of Voluntary Dismissal), and plaintiff's clarification that the class allegations are being dismissed without prejudice, (Dkt. 55, Plaintiff's Notice Re: Status of Class Allegations), IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiff's individual claims and **without prejudice** as to the class claims.

Dated this 11th day of July, 2022.

/s/
Fernando M. Olguin
United States District Judge